IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Apex Billing Solutions, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 5:19-cv-00173-H |
| Starnik Systems, Inc., | § § | |
| Defendant. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THE CLERK WITLL PLEASE TAKE NOTICE:

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff Apex Billing Solutions, LLC, by and through its attorneys, and files this voluntary dismissal, without prejudice, and hereby dismisses the above-numbered and -styled cause. Plaintiff has <u>not</u> previously dismissed any state or federal court action base don or including the same claim against Defendant. Defendant has not filed an appearance, answer, or motion for summary judgment.

Dated: September 20, 2019

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

-2-

Respectfully Submitted,


By: */s/ Kristen Vander-Plas*
    Kristen Vander-Plas
    SBN: 24086734
    kvp@davidsonsheen.com
    Brad J. Davidson
    SBN: 24036439
    brad@davidsonsheen.com

    **DAVIDSON SHEEN, LLP**
    12405 Quaker Ave., Suite B
    Lubbock, Texas 79424

    and

    Brett Schuman (*pro hac* motion forthcoming)
    Rachel Walsh ((*pro hac* motion forthcoming)
    BSchuman@goodwinlaw.com
    RWalsh@goodwinlaw.com

    **GOODWIN PROCTER LLP**
    Three Embarcadero Center
    San Francisco, CA 94111-4003


    *Attorneys for Plaintiff Apex Billing Solutions, LLC*