UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| APEX BILLING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STARNIK SYSTEMS, INC., <br><br> Defendant. | No. 5:19-CV-173-H |

### ORDER GRANTING NOTICE OF
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day, the Court considered Apex's Notice of Voluntary Dismissal Without Prejudice. Dkt. No. 9. Having considered the status of this case and Federal Rule of Civil Procedure 41(a)(1), the Court finds that Apex's Notice of Voluntary Dismissal is appropriate.

It is therefore ordered that this action is dismissed without prejudice. The parties shall bear their own fees and costs. The Clerk of Court is directed to close this case.

So ordered.

Dated: September 23, 2019

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE